# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br>Plaintiff(s),<br>v.<br>LIMMIE YOUNG, III, et al.,<br>Defendant(s). | Case No. 2:14-cv-00239-RFB-NJK<br>ORDER<br>(Docket No. 65) |

Pending before the Court is Defendant Limmie Young's motion to extend the discovery cutoff, and subsequent deadlines. Docket No. 65. Plaintiff filed a response in opposition. Docket No. 68. Young filed a reply. Docket No. 71  The motion is properly decided without a hearing. *See* Local Rule 78-1. For good cause shown, the Court **GRANTS** the motion for a 45-day extension, and deadlines are **EXTENDED** as follows:

- Discovery cutoff: June 7, 2018
- Dispositive motions: July 6, 2018
- Joint proposed pretrial order: August 6, 2018, or 30 days after resolution of dispositive motions

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

DATED: April 6, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge