1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 004540
2  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Avenue, Suite 250
3  Las Vegas, Nevada 89129
   (702) 240-5191; Fax: (702) 240-5797
4  twilcox@lvlawfirm.com
   *ATTORNEYS FOR LIMMIE YOUNG, III*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br>vs.<br><br>LIMMIE YOUNG, III, an individual; STACEY ACKERMANN, an individual; AUDRA L. DUVALL, an individual; MICHAEL JOHN DUVALL, an individual, APOSSEADESSE, III, LLC, dba MASSAGE ENVY SPA, a Nevada limited liability company,<br><br>Defendants. | **Case No. 2:14-cv-00239-RFB-NJK** |
| LIMMIE YOUNG, III,<br><br>Counter-Plaintiff,<br>v.<br><br>STARR INDEMNITY & LIABILITY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counter-Defendants. | Case No. 2:17-cv-02449-JCM-GWF<br>Consolidated |

**STIPULATION TO EXTEND THE TIME TO RESPOND TO STARR INDEMNITY & LIABILITY COMPANY'S MOTION FOR SUMMARY JUDGMENT AND LIMMIE YOUNG, III'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**(First Request)**

IT IS STIPULATED AND AGREED by and between the parties that LIMMIE YOUNG, III shall have up to an including September 4, 2018 to file the Opposition to STARR INDEMNITY & LIABILITY COMPANY Motion for Summary Judgment (ECF 88)**.**

/ /

IT IS FURTHER STIPULATED AND AGREED by and between the parties that STARR INDEMNITY & LIABILITY COMPANY shall have up to an including September 4, 2018 to file its Opposition to LIMMIE YOUNG, III'S Motion for Partial Summary Judgment (ECF 86)**.**

Dated this 14th day of August, 2018  Dated this 14th day of August, 2018.

*/s/Jerome R. Bowen, Esq.*  /s/ Susan J. Welde, Esq.
JEROME R. BOWEN, ESQ.  Susan J,. Welde, Esq.
Nevada Bar No. 4540  Bryan J. Ure, Esq.
**BOWEN LAW OFFICES**  Michael Nunez, Esq.
9960 W. Cheyenne Ave., Ste. 250  **MURCHISON & CUMMING, LLP**
Las Vegas, Nevada 89129  350 South Rampart Boulevard, Suite 320
Attorney for LIMMIE YOUNG, III  Las Vegas, Nevada 89145
**twilcox@lvlawfirm.com**  swelde@murchisonlaw.com

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 15th day of August, 2018.