# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, | Case No.: 2:14-cv-00239-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 134] |
| LIMMIE YOUNG, III, et al., | |
| Defendant(s). | |

Pending before the Court is a request to vacate the settlement conference in this case, representing that the parties have agreed to private mediation on May 21, 2019. *See* Docket No. 134. That request is **GRANTED** and the settlement conference is **VACATED**. A joint status report concerning the mediation shall be filed by May 24, 2019.

IT IS SO ORDERED.

Dated: May 17, 2019

Nancy J. Koppe
United States Magistrate Judge